AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

PARADISE VALLEY FARMS, et al,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                                       CASE NUMBER:   3:08-CV-00065-ECR-RAM

WASHINGTON MUTUAL BANK,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's [41] Motion for Judgment on the Pleadings is GRANTED.   FURTHER ORDERED that defendant's [47] Motion to Dismiss for Lack of Jurisdiction is DENIED AS MOOT.

| | |
|---|---|
| _August 6, 2010_ | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |